# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Master Docket No.:  1:14-cv-1748 |
| This document relates to:<br><br>**EDWARD A. ESCAMILLA**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ABBVIE INC.**, *et al.*,<br><br>Defendants. | Case No.:   1:17-cv-5752<br><br>Judge:   Hon. Matthew F. Kennelly<br><br>***CORRECTED***<br><br>**CONSENT TO FILE A<br>FIRST AMENDED COMPLAINT<br>AND<br>STIPULATION OF DISMISSAL OF THE<br>ABBVIE DEFENDANTS** |

Plaintiffs Edward Escamilla and Maria Escamilla, with the consent of the undersigned, which are all defendants that have appeared, hereby enter a First Amended Complaint in this matter. Fed. R. Civ. P. 15(a)(2).

Via their First Amended Complaint, Plaintiffs hereby dismiss Defendants AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare, S.A. with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

May 24, 2018.    Respectfully Submitted,

    */s/ James G. O'Brien*
James G. O'Brien (Ohio 0088460, Cal. 308239)
ZOLL & KRANZ, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
Tel.    (419) 841-9623
Fax    (419) 841-9719
Email   jim@toledolaw.com

*Counsel for Edward Escamilla and Maria Escamilla*

       */s/ Mary H. Kim*   (with permission)
       Mary H. Kim
       DECHERT LLP
       35 W. Wacker Drive
       Suite 3400
       Chicago, IL 60601
       (312) 646-5800
       Email: mary.kim@dechert.com

       *Counsel for AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals, LLC*

*Edward A. Escamilla, et al. v. AbbVie Inc., et al.*
**\* CORRECTED\* CONSENT TO FILE A FIRST AMENDED COMPLAINT AND STIPULATION OF DISMISSAL OF THE ABBVIE DEFENDANTS**

Page **2** of **3**

## **CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing ***Corrected* Consent to File a First Amended Complaint and Stipulation of Dismissal of the AbbVie Defendants** upon:

> Mary H. Kim
> Dechert Llp
> 35 W. Wacker Drive
> Suite 3400
> Chicago, IL 60601
> (312) 646-5800
> Email: mary.kim@dechert.com
>
> *Counsel for AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, and Unimed Pharmaceuticals, LLC*

by filing a copy on the Court's electronic filing system on this date.

May 24, 2018.                    */s/ James G. O'Brien*
                                James G. O'Brien (Ohio 0088460, Cal. 308239)

*Edward A. Escamilla, et al. v. AbbVie Inc., et al.*
**\* Corrected\* Consent to File a First Amended Complaint and Stipulation of Dismissal of the AbbVie Defendants**
Page **3** of **3**